# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**ORLANDO LAMAR WILLIAMS**  **CIVIL ACTION**

**VERSUS**  **NO. 23-734**

**STATE OF LOUISIANA, ET AL.**  **SECTION: "L" (5)**

## ORDER

The Court, having considered the complaint, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed with prejudice as legally frivolous and for failing to state a claim for which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 30th day of May, 2023.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE